**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 15-cv-00920-CMA

PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC.,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE, and
TOM VILSACK, in his official capacity as Secretary of the United States Department of Agriculture,

    Defendants.

---

## FINAL JUDGMENT

---

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Christine M. Arguello on May 2, 2016, incorporated herein by reference, it is

    ORDERED that the United States Department of Agriculture's decision is AFFIRMED.  It is

    FURTHER ORDERED that final judgment is hereby entered in favor of Defendants United States Department of Agriculture and Tom Vilsack and against Plaintiff People for the Ethical Treatment of Animals, Inc.   It is

    FURTHER ORDERED that this civil action and complaint are DISMISSED.  It is

2

FURTHER ORDERED that Defendants United States Department of Agriculture and Tom Vilsack shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment,

DATED: May 2, 2016

                              FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                    By:  s/   V. Barnes

                              V. Barnes
                              Deputy Clerk